## WARRANT FOR ARREST

| 𝔘𝔫𝔦𝔱𝔢𝔡 𝔖𝔱𝔞𝔱𝔢𝔰 𝔇𝔦𝔰𝔱𝔯𝔦𝔠𝔱 ℭ𝔬𝔲𝔯𝔱 | DISTRICT WESTERN DISTRICT OF WISCONSIN | |
|---|---|---|
| United States of America<br><br>v.<br><br>BAHRULLAH NOORI,<br><br>Defendant. | DOCKET NO. | MAGISTRATE JUDGE CASE NO.<br>21-mj-123 |
| | NAME AND ADDRESS OF INDIVIDUAL TO BE ARRESTED:<br><br>Bahrullah Noori<br>Fort McCoy, Wisconsin | |

Warrant Issued on the Basis of:

☐ Indictment    ☐ Order of Court    ☐ Information    ☒ Complaint

TO:  Any Authorized Law Enforcement Officer.

District of Arrest:  Western District of Wisconsin          City:  Madison

**YOU ARE HEREBY COMMANDED** to arrest the above-named person and bring that person before the United States District Court to answer to the charge(s) listed below.

### DESCRIPTION OF CHARGES

Aggravated Sexual Abuse With Children

IN VIOLATION OF 18 U.S.C. Section 2241(c).

Bail:  DETENTION REQUESTED BY THE UNITED STATES ATTORNEY'S OFFICE

Other Conditions of Release:

| Ordered By: | Federal Judge/Magistrate Judge | Date Order: |
|---|---|---|
| Clerk of Court:<br>Peter A. Oppeneer | (By) Deputy Clerk | Date Issued:  9/13/2021 |

### RETURN

This Warrant was received and executed with the arrest of the above-named person.

| Date Received: | | Date Executed: |
|---|---|---|
| Name and Title of Arresting Officer: | | Signature of Arresting Officer: |

## Warrant Information

Defendant's Name: Bahrullah Noori

Address: Fort McCoy, Wisconsin

DOB: 1/1/2001

SSN: N/A

Sex: Male

Race:

FBI/Other ID #:

Defendant's Attorney:

Address:

Lead Agency: FBI

Agent: Mark Meyers

Assigned AUSA: Zachary Corey

Other Information: