UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

        *Plaintiff,*

vs.                                                                    Case No. 21-mj-123

BAHRULLAH NOORI,

        *Defendant.*

---

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Bahrullah Noori, the defendant in the above-captioned matter, is also represented by:

        Kelly A. Welsh
        Federal Defender Services of Wisconsin, Inc.
        22 East Mifflin Street, Suite 1000
        Madison, Wisconsin 53703
        Telephone:   [608] 260-9900
        Facsimile:    [608] 260-9901

Dated at Madison, Wisconsin, this 14th day of September, 2021.

                                              Respectfully submitted,
                                              Bahrullah Noori, Defendant

                                              */s/ Kelly A. Welsh*
                                              Kelly A. Welsh

FEDERAL DEFENDER SERVICES
 OF WISCONSIN, INC.
22 East Mifflin Street, Suite 1000
Madison, Wisconsin 53703
Tel: 608-260-9900
Fax: 608-260-9901
Kelly_welsh@fd.org