DOC NO
REC'D/FILED

2021 SEP 22  PM 2: 16

PETER OPPENEER
CLERK US DIST COURT
WD OF WI

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA | INDICTMENT |
| v. | Case No. _____ 21 CR 092 JDP |
| BAHRULLAH NOORI, | 18 U.S.C. § 2241(c) |
| | 18 U.S.C. § 2243(a) |
| Defendant. | 18 U.S.C. § 7(3) |

THE GRAND JURY CHARGES:

### COUNT 1

On or about September 11, 2021, in the Western District of Wisconsin, the

defendant,

### BAHRULLAH NOORI,

within the special territorial jurisdiction of the United States, namely Fort McCoy,

Monroe County, Wisconsin, knowingly attempted to engage in a sexual act with another

person using force against that person, specifically, Victim-1, who had attained the age

of 12 years but had not attained the age of 16 years and was at least four years younger

than the defendant.

(In violation of Title 18, United States Code, Sections 2241(c) and 7(3)).

### COUNT 2

Between on or about August 25, 2021 and September 11, 2021, exact date

unknown, in the Western District of Wisconsin, the defendant,

### BAHRULLAH NOORI,

within the special territorial jurisdiction of the United States, namely Fort McCoy,

Monroe County, Wisconsin, knowingly engaged in a sexual act with another person,

Victim-2, who had attained the age of 12 years but had not attained the age of 16 years

and was at least four years younger than the defendant.  Specifically, at night in a

barrack at Fort McCoy, the defendant touched Victim-2's genitalia under Victim-2's

clothing.

(In violation of Title 18, United States Code, Sections 2243(a) and 7(3)).

## COUNT 3

Between on or about August 25, 2021 and September 11, 2021, exact date

unknown, in the Western District of Wisconsin, the defendant,

BAHRULLAH NOORI,

within the special territorial jurisdiction of the United States, namely Fort McCoy,

Monroe County, Wisconsin, knowingly engaged in a sexual act with another person,

Victim-2, who had attained the age of 12 years but had not attained the age of 16 years

and was at least four years younger than the defendant.  Specifically, during the day in a

bathroom at Fort McCoy, the defendant touched Victim-2's genitalia under Victim-2's

clothing.

(In violation of Title 18, United States Code, Sections 2243(a) and 7(3)).

## COUNT 4

On or about September 11, 2021, in the Western District of Wisconsin, the

defendant,

2

BAHRULLAH NOORI,

within the special territorial jurisdiction of the United States, namely Fort McCoy,

Monroe County, Wisconsin, knowingly engaged in a sexual act with another person

using force against that person, specifically, Victim-2, who had attained the age of 12

years but had not attained the age of 16 years and was at least four years younger than

the defendant. Specifically, at night in a bathroom at Fort McCoy, the defendant, using

force, touched Victim-2's genitalia under Victim-2's clothing.

(In violation of Title 18, United States Code, Sections 2241(c) and 7(3)).

A TRUE BILL

_____
PRESIDING JUROR

Indictment returned: _____ 09/22/21

_____
TIMOTHY M. O'SHEA
Acting United States Attorney