

**U.S. Department of Justice**

*United States Attorney*
*Western District of Wisconsin*

*Telephone 608/264-5158*
*Administrative Facsimile 608/264-5183*
*Civil Division Facsimile 608/264-5724*
*Criminal Division Facsimile 608/264-5054*

<u>Address:</u>
222 West Washington Avenue, Suite 700
Madison, Wisconsin 53703

January 13, 2022

<u>SENT VIA EMAIL</u>

Joseph A. Bugni
Kelly A. Welsh
Federal Defender Services of Wisconsin, Inc.
22 East Mifflin Street, Suite 1000
Madison, Wisconsin 53703

    Re:    *United States v. Bahrullah Noori*
           Case No:  21-cr-92-jdp

Dear Counsel:

    Additional discovery is being sent to you today by email.  These items are Bates labeled NOORI_224 to NOORI_347.

    If you have any questions regarding this matter, please do not hesitate to contact me at (608) 264-5158.

    Very truly yours,

    TIMOTHY M. O'SHEA
    United States Attorney

  By:   /s/*Taylor L. Kraus*
      TAYLOR L. KRAUS
      Assistant United States Attorney