UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    *Plaintiff*,

  vs.                              Case No. 21-CR- 92-jdp

BAHRULLAH NOORI,

    *Defendant*.

## DEFENSE EXHIBIT LIST

| Exhibit | Description |
|---|---|
| A | Affidavit |
| B | Expert Report |
| C | Discovery |
| D | Bates 1 Interrogation Video |
| E | Cad Calls |
| F | Police Procedures |
| G | Bates 453 Dispatch Recording |