UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    *Plantiff,*

vs.                                  Case No. 21-cr-92-jdp

BAHRULLAH NOORI,

    *Defendant.*

**DEFENDANT'S EXHIBIT**
CASE NO. 21-cr-92
EXHIBIT NO. A

## AFFIDAVIT OF BAHRULLAH NOORI

1. My name is Bahrullah Noori. I do not know the day, month or year of my birth. I did complete twelfth grade.

2. I was born in Laghman Province, a rural, mountainous region of Afghanistan. My family moved to Nangarhar Province when I was a young boy.

3. I grew up with my mother and father, and I am one of nine siblings. My extended family lives in the same town, so I was surrounded by aunts, uncles, and cousins in addition to my immediate family.

4. When I was in grade school, my father was killed by the Taliban.

5. Religion played a significant role in my upbringing. My family and I are devout adherents to the Sunni sect of Islam. I read the Quran daily, often multiple times throughout the day, and pray at set times throughout the day.

6. In Afghanistan, I would go to mosque every Friday, our holy day. Like all Muslim boys, I began attending Friday prayers when I was about seven years old.

7. As a child, I attended madrasa (which I am told is similar to Sunday school in American culture) where I learned from our Imam how to practice Islam. We learned to pray and how to read the Quran in Arabic.

8. As I got older, I continued to attend Friday prayers, but I would also go during the week. When I became a teenager, I began to perform the Ramadan fast. I keep the Ramadan fast every year.

9. In my religion, if you do not pray, you are guilty of an affront of God. When I am unable to pray, either fewer than five times a day or at the wrong time of day, my faith teaches that I am not upholding my faith properly.

10. Muslims also believe that the Quran is the speaking of God. Reading the Quran helps me connect to my faith, especially when I am unable to visit a mosque. I read the Quran every day and have since I was a young boy.

11. In Afghanistan, I received some formal education, including English classes. I had aspirations of studying English at a university.

12. None of my education or life experiences exposed me to American culture. Before arriving in America, I had never seen an American movie or TV show, and I never learned about American laws when I was in Afghanistan.

13. The only interaction I had with Americans was with the United States military. They visited my town throughout my childhood.

14. When I was older, I helped U.S. soldiers by helping identify Taliban throughout the region.

15. I knew my actions might be dangerous for me because the Taliban treats this behavior as traitorous. I have always hated the Taliban for what they have done to my country and my family.

16. When the Taliban initially reemerged, I began to worry for my safety. When they took over, my fears were confirmed. I was threatened by the Taliban and told that I would be killed.

17. I knew I had to escape and that I had very little time. My first step was to leave my hometown. When I left my city, I left all of my family behind. I traveled to Kabul with all of my identification and a small amount of money. My plan was to get on a flight during the final evacuation.

18. By the time I arrived at Hamid Karzai International Airport, the Taliban had taken over several entrances and were refusing to let people through. I did not know this.

19. When I first tried to enter the airport, I unknowingly presented my documents to a Taliban soldier. The soldier tore up my documents and began to beat me. I was able to escape the assault, but many of the documents were destroyed. I was determined to get through, so I went to a different entrance on the other side of the airport.

20. That exit was controlled by the U.S. military. I talked to a guard, explained that I had worked with the military and needed to leave for my safety. The soldier allowed me entry into the airport.

21. I was then able to get on a flight to the United States. I was so relieved to be safe and have new opportunities. My goal when I arrived in the United States was to continue my education and to get a job. I am the oldest unmarried son, so it is my responsibility to provide for my mother financially.

22. When I arrived at Fort McCoy, in many ways I felt like I was still in Afghanistan. I was surrounded by Afghan people; everyone spoke Pashto and Dari, the official languages of Afghanistan. Before my arrest, I never left the military base.

23. On September 11, 2021 in the night time, I was arrested by military soldiers. They had guns and were scary and told me I was arrested, and that they were going to ask me questions at the police station.

24. Before this, I had never been arrested or been in trouble or seen a jail.

25. When we arrived at the police station, no one talked to me or told me what I had done or why I was there. Instead, I was placed in a cell and left all alone.

26. The cell had one bed and a toilet and no window. They gave me a sheet, but no blanket, and they took my shoes and my watch.

27. The cell was very cold. The first night, I was so cold I slept on the floor, shaking all night. I was terrified and no one would speak to me. I kept crying and asking why I was there but no one would answer me. This was the first time in my life I ever met with police or had been in a jail cell. I was terrified and confused and cried throughout the night.

28. The next morning (September 12, 2021) when I woke up, no one spoke to me still. The people never opened the cell door or let me come out. The cell door had a small hole. The police would put food through the door but I was so scared that I could not eat most of the food because I did not know if it was halal. And no one told me why I was there or would talk with me.

29. I wanted to pray, but I did not have my watch, a Quran, or a prayer rug. I asked the police for the time so I could pray and they wouldn't tell me. The whole day I did not have an idea of when I was supposed to pray. It is very important to me that I know the time of day so I can properly pray.

30. At some point that second day, I was so cold I asked for a blanket. Instead, they gave me another sheet. My cell was so cold I couldn't walk on the floor. I

kept one sheet and folded it as a prayer rug but I did not have a watch or a clock so I didn't know when it was time to pray.

31. I continued to ask for a watch so I could pray at the correct time of day. Later in the second day, they eventually placed a clock outside the cell that I could see through the hole in the door.

32. Although I had a clock to indicate prayer times, I still did not have a Quran or any of the prayer books that have the Prophet's writing in them. I was already upset and confused about why I was in a jail cell; not being able to properly practice my religion made my stress and fear all the worst and I spent a lot of time crying.

33. The second night in the jail cell, I still did not sleep. It was too cold and I was upset and crying. And still, I didn't know why I was in jail and no one had answered my questions.

34. The morning of the third day (September 13, 2021) continued the same way as the others. I was cold, alone, scared, and confused. No one had spoken to me about why I was there. At this point I had been alone in a cell for two nights without answers and without my Quran.

35. The police finally opened my cell in the afternoon and put me in another room. I was still very scared. Then the FBI came in. The FBI investigators were the first people who had talked to me since I was arrested. I was so tired from having not slept for two nights and I was scared since I did not know what they were asking or what they wanted and no one had told me what I had done. I thought they were there to discuss my ability to remain in the country.

36. They asked me if I wanted to talk to a lawyer, but I did not know what the word meant. The FBI said, "It's okay if you don't know the meaning of a lawyer. Many people don't know what they do." I still did not understand that I could have a lawyer. I did not have any money or know any lawyers and didn't have any idea how to contact a lawyer.

37. I did not know what would happen to me if I did not sign the form or talk to the FBI. I was scared and believed that I would have to return to the cell and stay there. I did not know when that would end. My other fear was that they would send me back to Afghanistan, where I would be killed, if I didn't agree to speak with them. The whole time I was with the FBI, I was exhausted and terrified.

38. I did not know that if I did not talk to them or asked for a lawyer that eventually I would be taken before a judge and given a lawyer. I had no idea

about my rights in America or what happens when someone is accused of a crime.

39. When I signed the form and agreed to speak with the FBI, I did not understand that I could refuse to talk to the police. In Afghanistan, we must always talk to authorities when they ask us questions and we can never refuse to talk to them. I thought if I signed the form and talked to the FBI, they would help me.

Pursuant to 28 U.S.C. 1746(2), I declare under penalty of perjury that the foregoing is true and correct. Executed on 1 of July 2022.

Bahrullah Noori