# EXHIBIT D
# Interrogation Video

