# EXHIBIT E
# CAD CALLS

