# EXHIBIT G
# Dispatch Recording

